[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-15501

_____

D.C. Docket No. 8:09-cv-01330-RAL-MAP


SCHOLZ ALUMINIUM GMBH,

Plaintiff - Appellant,

versus

GEARBULK, INC.,
ARROW TERMINALS, INC.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 19, 2012)

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

In this bailment action, after a bench trial the district court concluded that

the contract between Scholz Aluminum GmbH and Arrow Terminals, Inc., concerning the proper procedure for releasing aluminum billets stored at Arrow's facility was ambiguous, took parol evidence, and entered final judgment for appellees Gearbulk, Inc., and Arrow Terminals, Inc.  After thorough review, we can discern no error in the district court's interpretation of the contract between the parties or the district court's findings of fact.  Accordingly, we affirm.

**AFFIRMED.**